B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Z Corp Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**81-0570092** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**306 N. Quincy**<br>**Hinsdale, IL**<br>ZIP Code **60521** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1404 Joliet Rd.**<br>**Ste H.**<br>**Romeoville, IL 60446** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information   **\*\*\* John S. Biallas 00203890 \*\*\*** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Z Corp Services, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Z Corp Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John S. Biallas** _____
Signature of Attorney for Debtor(s)

**John S. Biallas 00203890**
Printed Name of Attorney for Debtor(s)

**John S. Biallas, Attorney At Law**
Firm Name

**3N918 Sunrise lane**
**St. Charles, IL 60174**

_____
Address

**Email: jsb70@comcast.net**
**630-513-7878  Fax: 630-578-0426**
Telephone Number

**February  6, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph Zosky** _____
Signature of Authorized Individual

**Joseph Zosky**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  6, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Z Corp Services, Inc.**                                          ,    Case No. _____
                          Debtor
                                                           Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 14 | 2,143,363.51 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 740,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 7,092,882.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| | Total Assets | | 2,143,363.51 | | |
| | | Total Liabilities | | 7,832,882.27 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Z Corp Services, Inc.**
_____,      Case No. _____
                                    Debtor

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Z Corp Services, Inc.**                    ,       Case No. _____

                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Sub-Total > | **0.00** | (Total of this page) |
|  |  | Total > | **0.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Z Corp Services, Inc.**                                                          ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank operating checking account # 800895456**<br>**Citibank Payrool account # 800895-464**<br>**Certificate of Deposit $5,077.81** | - | 5,087.51 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **5,087.51**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** **Total of outstanding invoices is $2,714,099 less bad debts = 2,138,276** | - | 2,138,276.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **2,138,276.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                          ,        Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. personal property, tools furniture and equipment** **Location: 1404 Joliet Rd.  Romeoville, Il 60446** **see exhibit PP attached hereto.** | **-** | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 2,143,363.51 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

ZCORP SERVICES CO.
FIXED ASSET DETAIL
DECEMBER 31, 2012

|  | BOOK VALUE |
|---|---|
| LEASEHOLD IMPROVEMENTS | |
| LEASEHOLD IMPROVEMENTS - PHASE I | 161,449.69 |
| LEASEHOLD IMPROVEMENTS - PHASE I | 89,892.36 |
| | |
| HEAVY EQUIPMENT | |
| CATERPILLAR Skid Loader | 8,334.57 |
| | |
| OFFICE EQUIPMENT | |
| PRINTER | - |
| (2) DESKTOP COMPUTERS | - |
| HP PRINTER AND SCANNER | - |
| PRINTER | - |
| LAPTOP COMPUTER | - |
| OFFICE FURNITURE | - |
| NBC TELEPHONE SYSTEM | - |
| FURNITURE | - |
| HP LAPTOP | - |
| (4) DELL COMPUTER | - |
| APPLIANCES | - |
| FURNITURE | - |
| ROUTER | - |
| FURNITURE | - |
| RECEPTION DESK | - |
| (2) DIMENSION 3300, INSPIROD AND OPTI PLEX | - |
| COMPUTER | - |
| DELL COMPUTER | - |
| DELL COMPUTER | - |
| COMPUTER | - |
| COMPUTER | - |
| COMPUTER | - |
| | - |
| | |
| VEHICLES | |
| 2003 FORD 150 Pick up truck | - |
| TRAILER 2000 | - |
| 2004 CHEVY TRAILBLAZER | 8,550.00 |
| | |
| FURNITURE & FIXTURES | |
| STEIN FURNITURE - DESK, | - |
| RIVERTON CABINETS - CABINETS | - |
| RIVERTON CABINETS - COMPUTER STATION | - |
| RIVERTON CABINETS - PLAN TABLE | - |
| PLASS APPLIANCES - CONF RM APPLIANCES | - |
| SIMPLY STONE - CONF RM GRANITE TOPS | - |
| MIDDLETON OVERHEAD DOOR - OVERHEAD DOOR | - |
| BURR RIDGE LIGHTING - LIGHTING | - |
| | |
| SHOP EQUIPMENT | |
| TRAILER for Cat skidloader | 3,286.44 |
| Attachment for Cat Skid Loader | 1,200.00 |
| | |
| TOTAL | 272,713.06 |

## ACCOUNTS RECEIVABLE AGING

*\*\* Bad Debt Reserve will be marked "BD"*

**Zcorp Services Co.**
1404 Joliet Road - Ste H
Romeoville, Illinois 60446

# AR Invoice List
12/18/12

## ZCORP SERVICES CO.

AR Invoice List
*by Client/Job*
*Status 1 to 1*

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| **Client:** | **0 - None** | | | | | |
| Job: | 10006 | **Green Days Facilities Services** | | | | |
| 1016 | Green Days | Balance Due from M. Math | 12/31/2010 | 01/30/2011 | 37,200.00 | 37,200.00 |
| | | | | **Job Totals:** | **37,200.00** | **37,200.00** |
| Job: | 10999 | **Jobs Closed in 2010** | | | | |
| 1014 | Tek Ins-2010 | Ins Allocation | 12/31/2010 | 01/30/2011 | 65,683.66 | 65,683.66 |
| | | | | **Job Totals:** | **65,683.66** | **65,683.66** |
| Job: | 11099 | **2011 Closed Jobs** | | | | |
| 1141 | 82214TO | 2011 Cost Billing Tekton O | 12/31/2011 | 12/31/2011 | 82,214.49 | 82,214.49 |
| | | | | **Job Totals:** | **82,214.49** | **82,214.49** |
| | | | | **Client Totals:** | **185,098.15** | **185,098.15** |
| **Client:** | **4 Village of Bolingbrook** | | | | | |
| Job: | 9002 | **Police Station Addition** | | | | |
| 1056 | 1801 | Progress Billing# 27 | 07/25/2011 | 08/24/2011 | 11,460.00 | 30.00 |
| 1095 | 1831 | Progress Billing# 28 | 11/30/2011 | 12/30/2011 | -91,167.00 | -91,167.00 |
| | | | | **Job Totals:** | **-79,707.00** | **-91,137.00** |
| | | | | **Client Totals:** | **-79,707.00** | **-91,137.00** |
| **Client:** | **37 Clovis Randolph Street LLC** | | | | | |
| Job: | 4030 | **Randolph Street Developments** | | | | |
| 468 | 1396 | Progress Billing# 1 | 11/30/2006 | 12/30/2006 | 170,525.00 | 9,230.00 |
| 526 | 1427 | Progress Billing# 2 | 01/31/2007 | 03/02/2007 | 117,418.00 | 9,929.00 |
| 528 | 1439 | Progress Billing# 3 | 04/30/2007 | 05/30/2007 | 76,790.00 | 6,473.00 |
| 606 | 1488-1 | Progress Billing# 4 | 06/30/2007 | 07/30/2007 | 238,125.50 | 20,779.00 |
| 607 | 1488-2 | Progress Billing# 5 | 07/30/2007 | 08/29/2007 | 115,958.00 | 10,219.00 |
| 695 | 1427RetAdj | Progress Billing# 2-Adjust | 01/31/2007 | 03/02/2007 | 290.00 | 290.00 |
| 843 | 1586 | Progress Billing# 6 | 04/25/2008 | 05/25/2008 | 103,106.00 | 53,106.00 |
| 844 | 1646 | Progress Billing# 7 | 12/31/2008 | 01/30/2009 | 58,418.00 | 49,338.00 |
| 889 | CLovis123109 | Property Tax Reimbursem | 12/31/2009 | 01/30/2010 | 55,427.90 | 34,659.90 |
| 907 | 40301231 | Payment Request#8 | 12/31/2009 | 01/30/2010 | 243,624.00 | 182,718.00 |
| 908 | 1717 | Property Tax Reimbursem | 03/31/2010 | 04/30/2010 | 15,860.37 | 15,860.37 |
| 934 | 403043010 | Payment Request#8 | 04/30/2010 | 05/31/2010 | 36,985.00 | 27,739.00 |
| 983 | 1754 | Payment Request #9 | 10/20/2010 | 11/30/2010 | 252,830.00 | 252,830.00 |

## AR Invoice List

12/18/12

Continued...

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---------|----------|-------------|------|----------|---------------|---------|
| 996 | 1763 | Payment Request #10 | 12/01/2010 | 12/31/2010 | 125,730.00 | 125,730.00 |
| | | | | **Job Totals:** | **1,611,087.77** | **798,901.27** |
| | | | | **Client Totals:** | **1,611,087.77** | **798,901.27** |

**Client:  38 GNP & Associates, Inc.** "BD"

   **Job:  10004 1143 Plymouth Court**

| | | | | | | |
|---------|----------|-------------|------|----------|---------------|---------|
| 935 | 1730 | Job #10004 - Masonry Rep | 07/08/2010 | 08/15/2010 | 27,488.00 | 27,488.00 |
| | | | | **Job Totals:** | **27,488.00** | **27,488.00** |
| | | | | **Client Totals:** | **27,488.00** | **27,488.00** |

**Client:  44 Homewerks Development Company** "BD"

   **Job:  5033 Boughton Rd.-Site Development**

| | | | | | | |
|---------|----------|-------------|------|----------|---------------|---------|
| 652 | 1531 | Progress Billing# 2 | 10/31/2007 | 11/30/2007 | 393,777.00 | 32,667.00 |
| 657 | 1535 | Progress Billing# 3 | 11/30/2007 | 12/30/2007 | 347,856.00 | 28,101.00 |
| 683 | 1554 | Progress Billing# 4 | 12/31/2007 | 01/30/2008 | 64,082.00 | 5,011.00 |
| 698 | 1566 | Progress Billing# 5 | 01/30/2008 | 02/29/2008 | 43,831.00 | 3,963.00 |
| 720 | 1584 | Progress Billing# 6 | 03/28/2008 | 04/27/2008 | 17,925.00 | 1,282.00 |
| 728 | 1589 | Progress Billing# 7 | 04/25/2008 | 05/25/2008 | 21,735.00 | 1,948.00 |
| 741 | 1599 | Progress Billing# 8 | 05/30/2008 | 06/29/2008 | 16,940.00 | 862.00 |
| 832 | 1668 | Progress Billing# 10 | 02/20/2009 | 03/22/2009 | 20,330.00 | 20,330.00 |
| | | | | **Job Totals:** | **926,476.00** | **94,164.00** |
| | | | | **Client Totals:** | **926,476.00** | **94,164.00** |

**Client:  52 1000 Sunset LLC** "BD"

   **Job:  8010 Demo-Northbrook**

| | | | | | | |
|---------|----------|-------------|------|----------|---------------|---------|
| 779 | 1627 | Progress Billing# 6 | 09/15/2008 | 10/15/2008 | 46,154.00 | 32,100.00 |
| 980 | 1752 | Progress Billing# 7 | 10/15/2010 | 11/14/2010 | 127,410.00 | 127,410.00 |
| | | | | **Job Totals:** | **173,564.00** | **159,510.00** |
| | | | | **Client Totals:** | **173,564.00** | **159,510.00** |

**Client:  58 Mr. Louis Daprato** "BD"

   **Job:  9012 DaPrato Roof Deck**

| | | | | | | |
|---------|----------|-------------|------|----------|---------------|---------|
| 856 | 1686 | Job #9012 - Da Prato Roof | 06/16/2009 | 08/01/2009 | 2,500.00 | 2,500.00 |
| | | | | **Job Totals:** | **2,500.00** | **2,500.00** |
| | | | | **Client Totals:** | **2,500.00** | **2,500.00** |

**Client:  62 America's Dog** "BD"

   **Job:  9014 America's Dog - Lincoln Park**

| | | | | | | |
|---------|----------|-------------|------|----------|---------------|---------|
| 852 | 1682 | Job #9014 - America's Dog | 05/29/2009 | 07/15/2009 | 1,457.11 | 1,457.11 |

AR Invoice List

12/18/12

Continued...

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| | | | | Job Totals: | 1,457.11 | 1,457.11 |
| | | | | Client Totals: | 1,457.11 | 1,457.11 |
| **Client:** | **66  6631 N Milwaukee LLC** | | | | | |
| **Job:** | **9020  Regency Health Care & Rehab** | | | | | |
| 944 | 1738 | Job 9020 - Phase (4) | 08/31/2010 | 09/30/2010 | 2,600.00 | 2,600.00 |
| 987 | 1757 | Progress Billing# 12 | 10/30/2010 | 11/29/2010 | 797,661.00 | 3,398.00 |
| 1015 | 1777 | Progress Billing# 15 | 01/28/2011 | 02/27/2011 | 312,798.00 | 18,940.00 |
| 1064 | 1791REV2 | Progress Billing# 18 | 05/31/2011 | 06/30/2011 | 18,024.00 | 900.00 |
| | | | | Job Totals: | 1,131,083.00 | 25,838.00 |
| | | | | Client Totals: | 1,131,083.00 | 25,838.00 |
| **Client:** | **71  Bowman, Barrett & Associates** | " $\beta\Delta$ " | | | | |
| **Job:** | **10010  Regency Rehab Center** | | | | | |
| 945 | 1738A | Job #10010 | 08/31/2010 | 09/30/2010 | 2,600.00 | 2,600.00 |
| | | | | Job Totals: | 2,600.00 | 2,600.00 |
| | | | | Client Totals: | 2,600.00 | 2,600.00 |
| **Client:** | **72  Village of Tinley Park** | | | | | |
| **Job:** | **10015  Metra Tinley Park Station** | | | | | |
| 1078 | 1816 | Job #10015 - Village of Tinl | 09/30/2011 | 11/01/2011 | 386,274.00 | 3,774.00 |
| 1089 | 1826 | Job #10015 - Village of Tinl | 10/31/2011 | 11/01/2011 | 683,836.00 | 64,894.00 |
| 1100 | 1836 | Job #10015 - Village of Tinl | 11/30/2011 | 01/04/2012 | 851,403.00 | 83,021.00 |
| 1115 | 1845 | Job #10015 - Village of Tinl | 12/31/2011 | 02/04/2012 | 832,221.00 | 79,563.00 |
| 1126 | 1856 | Job #10015 - Village of Tinl | 01/31/2012 | 03/06/2012 | 561,386.00 | 53,079.00 |
| 1137 | 1863 | Job #10015 - Village of Tinl | 02/28/2012 | 04/01/2012 | 538,872.00 | 47,643.00 |
| 1155 | 1875 | Job #10015 - Village of Tinl | 04/30/2012 | 05/30/2012 | 312,609.00 | 27,102.00 |
| 1167 | 1884 | Job #10015 - Village of Tinl | 05/31/2012 | 05/30/2012 | 142,345.00 | 12,123.00 |
| 1179 | 1894 | Job #10015 - Village of Tinl | 06/30/2012 | 06/30/2012 | 442,824.00 | 41,146.00 |
| 1189 | 1901 | Job #10015 - Village of Tinl | 07/31/2012 | 07/31/2012 | 564,732.00 | 51,606.00 |
| 1198 | 1907 | Job #10015 - Village of Tinl | 08/31/2012 | 08/31/2012 | 577,755.00 | 42,780.00 |
| 1205 | 1912 | Job #10015 - Village of Tinl | 09/30/2012 | 09/30/2012 | 686,764.00 | 62,414.00 |
| | | | | Job Totals: | 6,581,021.00 | 569,145.00 |
| | | | | Client Totals: | 6,581,021.00 | 569,145.00 |
| **Client:** | **73  Du Page Township** | " $\beta\Delta$ " | | | | |
| **Job:** | **11003  Du Page Food Pantry** | | | | | |
| 1026 | 1783-33111 | Pay Application #2 | 03/31/2011 | 04/30/2011 | 31,937.00 | 6.00 |
| | | | | Job Totals: | 31,937.00 | 6.00 |

# AR Invoice List

12/18/12

Continued...

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---|---|---|---|---|---|---|
| | | | | Client Totals: | 31,937.00 | 6.00 |
| **Client:** | **74 Naperville School Dist. #203** | | | | | |
| | **Job:** | **12012 2012 Stadium-NCHS** | | | | |
| 1182 | 1897 | Job #12012 - Naperville | 07/26/2012 | 07/26/2012 | 202,402.00 | 20,240.00 |
| 1191 | 1902 | Job #12012 - Naperville | 08/30/2012 | 09/27/2012 | 223,621.00 | 22,362.00 |
| | | | | Job Totals: | 426,023.00 | 42,602.00 |
| | | | | Client Totals: | 426,023.00 | 42,602.00 |
| **Client:** | **76 City of Plano** | | | | | |
| | **Job:** | **11006 Plano Police Station** | | | | |
| 1093 | 1829-11006 | Job #11006 - Plano Police | 11/25/2011 | 11/10/2011 | 630,568.00 | 35,721.00 |
| 1105 | 1838-11006 | Job #11006 - Plano Police | 12/25/2011 | 01/15/2012 | 432,891.00 | 43,289.00 |
| 1118 | 1848-11006 | Job #11006 - Plano Police | 01/25/2012 | 02/15/2012 | 309,987.00 | 30,985.00 |
| 1130 | 1858-11006 | Job #11006 - Plano Police | 02/25/2012 | 03/15/2012 | 492,150.00 | 49,214.00 |
| 1140 | 1829-11006 Rev | Correct Posted Amt PA 6 | 11/25/2011 | 12/25/2011 | 12,996.00 | 12,996.00 |
| 1146 | 1870-11006 | Job #11006 - Plano Police | 04/25/2012 | 05/15/2012 | 159,916.00 | 7,972.00 |
| 1201 | 1908-11006 | Job #11006 - Plano Police | 09/25/2012 | 09/25/2012 | 69,931.00 | 69,931.00 |
| 1210 | 1915-11006 | Job #11006 - Plano Police | 11/25/2012 | 11/25/2012 | -21,841.00 | -21,841.00 |
| | | | | Job Totals: | 2,086,598.00 | 228,267.00 |
| | | | | Client Totals: | 2,086,598.00 | 228,267.00 |
| **Client:** | **79 Blast Fitness** | | | | | |
| | **Job:** | **11013 Blast Fitness - Burbank** | | | | |
| 1168 | 1885 - 11013(0) | Job #11013 - Blast Fitness | 06/19/2012 | 06/30/2012 | 12,552.00 | 852.00 |
| | | | | Job Totals: | 12,552.00 | 852.00 |
| | **Job:** | **12008 Blast Schaumburg-Phase II** | | | | |
| 1193 | 1904-12008 | Job #12008 - Blast Schau | 09/05/2012 | 09/05/2012 | 63,303.00 | 3,250.00 |
| 1207 | 1912 - 12008 | Job #12008 - Blast Fitness | 11/09/2012 | 12/09/2012 | 27,163.00 | 27,163.00 |
| | | | | Job Totals: | 90,466.00 | 30,413.00 |
| | | | | Client Totals: | 103,018.00 | 31,265.00 |
| **Client:** | **80 Du Page Airport Authority** | | | | | |
| | **Job:** | **11015 Main Terminal Remodeling** | | | | |
| 1133 | 1861 | Job #11015 - Du Page Airp | 02/25/2012 | 03/10/2012 | 222,175.00 | 16,784.00 |
| 1142 | 1866 | Job #11015 - Du Page Airp | 03/25/2012 | 05/01/2012 | 630,647.00 | 63,063.00 |
| 1154 | 1874R | Job #11015 - Du Page Airp | 04/25/2012 | 04/25/2012 | 310,168.00 | 31,000.00 |
| 1165 | 1883-11015 | Job #11015 - Du Page Airp | 05/25/2012 | 05/25/2012 | 302,650.00 | 30,265.00 |
| 1172 | 1889-11015 | Job #11015 - Du Page Airp | 06/25/2012 | 06/25/2012 | 229,282.00 | 22,923.00 |
| 1188 | 1900-11015 | Job #11015 - Du Page Airp | 07/25/2012 | 07/25/2012 | 114,557.00 | 11,384.00 |
| 1209 | 1914-11015 | Job #11015 - Du Page Airp | 11/25/2012 | 11/25/2012 | 127,708.00 | 127,708.00 |

## AR Invoice List

12/18/12

Continued...

| Record# | Invoice# | Description | Date | Due Date | Invoice Total | Balance |
|---------|----------|-------------|------|----------|---------------|---------|
| | | | | Job Totals: | 1,937,187.00 | 303,127.00 |
| | | | | Client Totals: | 1,937,187.00 | 303,127.00 |
| **Client:** | **81 Emeritus Senior Living** | | | | | |
| **Job:** | **11017 Emeritus @ Burr Ridge** | | | | | |
| 1092 | 1828 | Job #11017 - Emeritus | 11/23/2011 | 12/23/2011 | 565.48 | 1.00 |
| | | | | Job Totals: | 565.48 | 1.00 |
| | | | | Client Totals: | 565.48 | 1.00 |
| **Client:** | **86 Orland Toyota** | | | | | |
| **Job:** | **12013 Orland Toyota** | | | | | |
| 1195 | 1903-12013R | Job #12013 - Orland Toyot | 09/10/2012 | 09/10/2012 | 113,421.00 | 11,342.00 |
| 1203 | 1911-12013 | Job #12013 - Orland Toyot | 10/15/2012 | 10/15/2012 | 61,925.00 | 6,193.00 |
| 1208 | 1913-12013 | Job #12013 - Orland Toyot | 11/15/2012 | 11/15/2012 | 132,645.00 | 13,265.00 |
| 1211 | 1916-12013 | Job #12013 - Orland Toyot | 12/15/2012 | 12/15/2012 | 287,739.00 | 287,739.00 |
| | | | | Job Totals: | 595,730.00 | 318,539.00 |
| | | | | Client Totals: | 595,730.00 | 318,539.00 |
| **Client:** | **87 Metra** | | | | | |
| **Job:** | **12015 Metra Ceiling Components** | | | | | |
| 1206 | 1910 - 12015 | Metra Storehouse - 127th | 09/30/2012 | 09/30/2012 | 14,728.00 | 14,728.00 |
| | | | | Job Totals: | 14,728.00 | 14,728.00 |
| | | | | Client Totals: | 14,728.00 | 14,728.00 |
| | | | | Grand Totals: | 15,758,454.51 | 2,714,099.53 |

B6D (Official Form 6D) (12/07)

In re   **Z Corp Services, Inc.** _____,   Case No. _____

_____ Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | UCC-1 Financing Statement | | | | | |
| Creditor #: 1 Citibank Attn: Aaron Tokh VP 2225 West 75th Street Darien, IL 60561 | X | - | | All assets of the Corporation SEE ALSO ACCOUNTS RECEIVABLE, EXHIBIT PP ATTACHED | | | | | |
| | | | | Value $           **Unknown** | | | | **740,000.00** | **Unknown** |
| Account No. | | | | | | | | | |
| Citibusiness 100 Citibank Drive Building 1 Fl San Antonio, TX 78245-9966 | | | | Representing: Citibank | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | UCC-1 Financing Statement | | | | | |
| Creditor #: 2 Citibank | X | - | | Accounts receivable Total of outstanding invoices is $2,714,099 less bad debts = 2,138,276 | | | | | |
| | | | | Value $        **2,138,276.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | UCC-1 Financing Statement | | | | | |
| Creditor #: 3 Citibank Attn: Aaron Tokh VP 2225 West 75th Street Darien, IL 60561 | X | - | | Citibank operating checking account # 800895456 Citibank Payroll account # 800895-464 Certificate of Deposit $5,077.81 | | | | | |
| | | | | Value $         **5,087.51** | | | | **Unknown** | **Unknown** |

____**0**____  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 740,000.00 | 0.00 |
| Total (Report on Summary of Schedules) | 740,000.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Z Corp Services, Inc.**                                                                           ,     Case No. _____

                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Z Corp Services, Inc.**                                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Retention | | | | |
| Creditor #: 1<br>**3F Corporation**<br>**12560 S. Holiday Dr. Unit D**<br>**Alsip, IL 60803** | - | | | | | | 7,100.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 2<br>**A To Z Construction Layout**<br>**6929 W. 109th Ave.**<br>**Crown Point, IN 46307** | | | | | | | 4,189.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 3<br>**A&A Sprinkler**<br>**205 Prairie Lake Rd.**<br>**Ste. D**<br>**Dundee, IL 60118** | - | | | | | | 150.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 4<br>**Aarko Plumbing & Mechanical**<br>**153 Covington Drive**<br>**Bloomingdale, IL 60108** | - | | | | | | 97,505.67 |
| __38__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 108,944.67 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                            S/N:40357-121221    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 5<br>Abbey Paving Co., Inc.<br>1949 County Line Rd.<br>Aurora, IL 60504 | - | | | | | | 50,464.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 6<br>Accurate Custom Cabinets<br>115 West Fay Ave.<br>Addison, IL 60101 | - | | | | | | 16,257.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 7<br>Action Fence Contractors, Inc.<br>945 Tower Rd.<br>Mundelein, IL 60060 | - | | | | | | 31,238.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 8<br>Acuity Insurance<br>2800 South Taylor Drive<br>Sheboygan, WI 53081 | - | | | | | | 33,793.22 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 9<br>Affordable Roofing<br>1500 Dearborn Rd.<br>Aurora, IL 60505 | - | | | | | | 6,099.00 |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    137,851.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Creditor #: 10<br>All Masonry Construction<br>1414 W. Willow Street<br>Chicago, IL 60642 | - | | | | | | | 1,638.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 11<br>Altra Steel<br>650 Central Ave.<br>University Park, IL 60484 | - | | | | | | | 3,050.00 |
| Account No. | | | | Credit card purchases | | | | |
| Creditor #: 12<br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 | - | | | | | | | 6,463.19 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 13<br>American Heritage Fireplace<br>3054 N. Western Ave.<br>Chicago, IL 60618 | - | | | | | | | 580.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 14<br>American Prefabricated<br>6008 Petros Drive<br>West Bloomfield, MI 48324 | - | | | | | | | 110,270.00 |

Sheet no. __2__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **122,001.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 15 Americlock, Inc. 560 Cool Dell Ct. Ballwin, MO 63021 | - | | | | | | | 778.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 16 Amici Terrazzo 1522 Jarvis Ave. Elk Grove Village, IL 60007 | - | | | | | | | 15,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 17 Anthony Roofing 2555 White Oak Cir. Aurora, IL 60502 | - | | | | | | | 10,410.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 18 Arcadia Glass & Cladding 7831 N. Nagle Ave. Morton Grove, IL 60053 | - | | | | | | | 318,248.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 19 ASC Fireproofing, Inc. 607 Church Rd. Elgin, IL 60123 | - | | | | | | | 2,450.00 |

Sheet no. __3___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     346,886.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unsecured note | | | | |
| Creditor #: 20 Ash Construction Partners C/O A. Hochberg / Next Realty 400 Skokie Blvd, ste 800 Northbrook, IL 60062 | X | - | | | | | | 150,000.00 |
| Account No. | | | | Note on purchase of Randolf StreetDevelopment Property | | | | |
| Creditor #: 21 Associated Bank 200 N. Adams Street Green Bay, WI 54307-9005 | X | - | | | | | | Unknown |
| Account No. | | | | SREV Winfield Development | | | | |
| Creditor #: 22 Associated Bank 200 N. Adams Street Green Bay, WI 54307-9005 | | - | | | | | | 1,134,492.58 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 23 Austin Electric, Inc. 131 Airport Rd. Unit A Joliet, IL 60431 | | - | | | | | | 88,890.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 24 Axxess Heating & Air Conditioning P.O. Box 34855 Chicago, IL 60634 | | - | | | | | | 1,720.00 |

Sheet no. __4__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,375,102.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Any Potential Claims | | | | |
| Creditor #: 25 Blast Fitness Centers 452 Lexington St. Auburndale, MA 02466 | | - | | | X | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Company Liability-Rent | | | | |
| Creditor #: 26 Bluff Pointe Center 1404 Joliet Road Suite F Romeoville, IL 60446 | | - | | | | | | |
| | | | | | | | | **3,445.00** |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 27 Bofo Waterproofing Systems 14900 S. Kilpatrick Midlothian, IL 60445 | | - | | | | | | |
| | | | | | | | | **12,530.00** |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 28 Brookdale Decorating, Inc. 3623 Breitwieser Lane Naperville, IL 60564 | | - | | | | | | |
| | | | | | | | | **9,034.00** |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 29 Builder's Concrete 321 Center Street Hillside, IL 60162 | | - | | | | | | |
| | | | | | | | | **43,486.00** |

Sheet no. __5__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**68,495.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,      Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 30 Business Card PO BOX 15796 Wilmington, DE 19886-5796 | - | | | | | | 376.69 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 31 C E Korsgard 819 N. Central Ave. Wood Dale, IL 60191 | - | | | | | | 27,171.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 32 C. R. Schmidt 29W030 Main Street, Suite 201A Warrenville, IL 60555 | - | | | | | | 53,752.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 33 CAD Contract Glazing 400 Mercantile Ct. Wheeling, IL 60090 | - | | | | | | 25,783.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 34 Capital Service Electric, Inc. 125557 Larkspur Lane Plainfield, IL 60585 | - | | | | | | 55,007.00 |

Sheet no. __6__ of __38__ sheets attached to Schedule of          Subtotal              | 162,089.69 |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Z Corp Services, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 35 Carney and Company, Inc. 636 Schneider Drive South Elgin, IL 60177 | - | | | | | | 949.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 36 Central Tile Services 11560 W 184th Place Ste A Orland Park, IL 60467 | - | | | | | | 1,955.00 |
| Account No. | | | Credit card purchases | | | | |
| Creditor #: 37 CITIBusiness Card Processing Center Des Moines, IA 50363-0001 | - | | | | | | 2,133.41 |
| Account No. | | | Any Potential Claims | | | | |
| Creditor #: 38 City of Plano 17 E. Main Street Plano, IL 60545 | - | | | X | | | Unknown |
| Account No. | | | Trade debt | | | | |
| Creditor #: 39 CODECO Industries, Inc. 7099 Santa Fe Drive Unit E La Grange, IL 60525 | - | | | | | | 13,577.00 |
| Sheet no. _7__ of _38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | 18,614.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,            Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 40**<br>**Cold Springs Granite Company**<br>**17482 Granite West Road**<br>**Cold Spring, MN 56320** | - | | Trade debt | | | | 80,150.00 |
| Account No.<br><br>**Creditor #: 41**<br>**ComEd**<br>**PO BOX 6111**<br>**Carol Stream, IL 60197** | - | | Utilities | | | | 815.00 |
| Account No.<br><br>**Creditor #: 42**<br>**Commercial Specialties, Inc.**<br>**2255 Lois Dr., Unit 9**<br>**Rolling Meadows, IL 60008** | - | | Trade debt | | | | 18,864.00 |
| Account No.<br><br>**Creditor #: 43**<br>**Concorde Sign & Engraving, Inc.**<br>**30 E. St. Charles Rd.**<br>**Villa Park, IL 60181** | - | | Trade debt | | | | 679.00 |
| Account No.<br><br>**Creditor #: 44**<br>**Contract Resource, Inc.**<br>**2610 Lake Cook Rd.**<br>**Deerfield, IL 60015** | - | | Trade debt | | | | 6,593.00 |

Sheet no. __8__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,101.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 45 Cottingham Butler PO BOX 449 Dubuque, IA 52004-0449 | - | | | | | | | 396.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 46 Custom Design Cabinetry 964 Washington Ave. South Beloit, IL 61080 | - | | | | | | | 4,912.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 47 Custom Fit Architectural Metals 222 N. Maplewood Ave. Unit 1A Chicago, IL 60612 | - | | | | | | | 11,530.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 48 D & M Construction Services, Inc 9835 Clearvue Ct. Mokena, IL 60448 | - | | | | | | | 12,350.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 49 D & P Mechanical, Inc. 6853 West 60th Place Chicago, IL 60638 | - | | | | | | | 20,738.00 |

Sheet no. __9__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,926.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                                    Case No. _____
                                                                                    ,
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 50 Denier Inc. 19148 S. 104th Ave. Mokena, IL 60448 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Any Potential Claims | | | | |
| Creditor #: 51 Department of the Navy Great Lakes Naval Base Great Lakes, IL 60088 | - | | | | X | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 52 DeSign Group 2135 S. Frontage Road Des Plaines, IL 60018 | - | | | | | | | |
| | | | | | | | | 9,187.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 53 Designing Concrete, Inc. 11022 Ayrshire Ct. Woodstock, IL 60098 | - | | | | | | | |
| | | | | | | | | 18,700.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 54 Direct Mechanical, Inc. 10753 Wolf Dr. Huntley, IL 60142 | - | | | | | | | |
| | | | | | | | | 13,000.00 |

Sheet no. __10__ of __38__ sheets attached to Schedule of                     Subtotal                                    
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)      **40,887.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit card purchases | | | | |
| Creditor #: 55 Discover Card PO Box 6103 Carol Stream, IL 60197-6103 | - | | | | | | |
| | | | | | | | 1,097.21 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 56 Domain Corporation 6238 N. Northwest Hwy. Chicago, IL 60631 | - | | | | | | |
| | | | | | | | 58,734.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 57 Drilled Foundations, Inc. 14540 S. 87th Ave. Orland Park, IL 60462 | - | | | | | | |
| | | | | | | | 3,938.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 58 DTM Masonry, Inc. P.O. Box 987 Saint Charles, IL 60174 | - | | | | | | |
| | | | | | | | 10,874.00 |
| Account No. | | | Any Potential Claims | | | | |
| Creditor #: 59 DuPage Airport Authority 2700 International Drive Ste 200 West Chicago, IL 60185 | - | | | X | | | |
| | | | | | | | Unknown |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,643.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tires | | | | |
| **Creditor #: 60** **DuPage Overhead Garage Doors, Inc.** **13712 S. Lemont Rd.** **Homer Glen, IL 60491** | - | | | | | | | **1,950.00** |
| Account No. | | | | Any Potential Claims | | | | |
| **Creditor #: 61** **DuPage Township** **719 Parkwood** **Romeoville, IL 60446** | - | | | | X | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 62** **Edward Stauber Wholesale Hardware** **2105 Northwestern Ave.** **Waukegan, IL 60087** | - | | | | | | | **5,275.00** |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 63** **Efficient Plumbiing Co** **821 S. Williams St** **Westmont, IL 60559** | - | | | | | | | **15,724.00** |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 64** **Engineered Plastics, Inc.** **300 International Dr, Ste 10** **Buffalo, NY 14221** | - | | | | | | | **12,019.00** |

Sheet no. __12__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,968.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 65**<br>**F.H. Leinweber Company**<br>**9812 South Cicero Ave.**<br>**Oak Lawn, IL 60453** | - | | Trade debt | | | | 313.00 |
| Account No.<br>**Creditor #: 66**<br>**Fairborn Equipment Company**<br>**PO BOX 123**<br>**Upper Sandusky, OH 43351** | - | | Trade debt | | | | 9,148.00 |
| Account No.<br>**Creditor #: 67**<br>**FE Moran**<br>**2265 Carlson Dr.**<br>**Northbrook, IL 60062** | - | | Trade debt | | | | 28,135.00 |
| Account No.<br>**Creditor #: 68**<br>**Fedex**<br>**PO POX 94515**<br>**Palatine, IL 60094** | - | | Trade debt | | | | 338.00 |
| Account No.<br>**Creditor #: 69**<br>**Felix Loeb**<br>**1347 Enterprise Dr.**<br>**Romeoville, IL 60446** | - | | trade debt | | | | 2,995.00 |

Sheet no. __13__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40,929.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Creditor #: 70<br>Field Turf<br>9757 Pine Lake Drive #4019<br>Houston, TX 77055 | | - | | | | | 48,439.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 71<br>Fire Control Inc.<br>255 Alderman Ave.<br>Wheeling, IL 60090 | | - | | | | | 5,043.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 72<br>Flooring Resources, Inc.<br>600 Pratt Blvd<br>Elk Grove Village, IL 60007 | | - | | | | | 3,249.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 73<br>Fox River Components<br>5N172 Fox Bluff Ct.<br>Saint Charles, IL 60175 | | - | | | | | 9,157.00 |
| Account No. | | | Balance of unexpired lease obligation | | | | |
| Creditor #: 74<br>FP Mailing Solutions<br>PO BOX 4510<br>Carol Stream, IL 60122 | | - | | | X | X | Unknown |

Sheet no. __14__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                65,888.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,     Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 75  **Gary Spielman Plumbing**  **1601 Atlantic Drive**  **West Chicago, IL 60185** | - | | Trade debt | | | | 1,437.00 |
| Account No.  Creditor #: 76  **GE CAPITAL**  **PO BOX 740441**  **Atlanta, GA 30374** | - | | Lease on copier | | | | 404.00 |
| Account No.  Creditor #: 77  **Glass 4 U**  **3549 S. California**  **Chicago, IL 60632** | - | | Trade debt | | | | 29,272.00 |
| Account No.  Creditor #: 78  **Glen Luporini**  **8319 Woodridge Drive**  **Woodridge, IL 60517** | - | | Unsecured Note | | | | 105,000.00 |
| Account No.  Creditor #: 79  **Globelcom, Inc.**  **PO BOX 182263**  **Columbus, OH 43218-2263** | - | | phone | | | | 524.00 |

Sheet no. __15__ of __38__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)        136,637.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br>**Creditor #: 80**<br>**Gray Surety**<br>**attn: Tina M. Kocke, claims manager**<br>**2750 Lake Villa Drive**<br>**Metairie, LA 70002** | X | - | | | **deficiency on defaulted public works project surety bond** | X | X | | **Unknown** |
| Account No.<br>**Creditor #: 81**<br>**Gregory Friedman**<br>**450 E. South Street**<br>**Elmhurst, IL 60126** | X | - | | | **Unsecured Note** | | | | **120,000.00** |
| Account No.<br>**Creditor #: 82**<br>**Groot McCook**<br>**PO BOX 92257**<br>**Elk Grove Village, IL 60009** | | - | | | **Trade debt** | | | | **88.25** |
| Account No.<br>**Creditor #: 83**<br>**Habitat Services**<br>**17112 South Parker**<br>**Homer Glen, IL 60491** | | - | | | **Trade debt** | | | | **300.00** |
| Account No.<br>**Creditor #: 84**<br>**Hanover Park Park District**<br>**1919 Walnut Ave.**<br>**Hanover Park, IL 60133** | | - | | | **Any Potential Claims** | X | | | **Unknown** |

Sheet no. __16__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**120,388.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Creditor #: 85 Hard Rock Concrete Cutters 601 Chaddick Dr. Wheeling, IL 60090** | | - | Trade debt | | | | 650.00 |
| Account No.  **Creditor #: 86 Hardin County Savings Bank 1202 Edgingto Ave. Eldora, IA 50627** | X | - | Unsecured Note - Business | | | | 500,000.00 |
| Account No.  **Creditor #: 87 Hardin Paving 4413 W. Rooseveldt Rd. ste 10 Hillside, IL 60162** | | - | Trade debt | | | | 5,264.00 |
| Account No.  **Creditor #: 88 Heartland Green Industries 13148 West 159th St. Homer Glen, IL 60491** | | - | Trade debt | | | | 38,211.00 |
| Account No.  **Creditor #: 89 Heritage Electric 3100 Woodcreek Drive. Downers Grove, IL 60515** | | - | Trade debt | | | | 39,423.00 |

Sheet no. __17__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **583,548.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.** _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 90** **Illini Hardware** **8550 Ridgefield Rd** **UNIT A100** **Crystal Lake, IL 60012** | | - | | | | | | 1,660.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 91** **Indiana Geo-thermal** **4355 Lafayette Blvd** **Indianapolis, IN 46254** | | - | | | | | | 5,950.00 |
| Account No. | | | | deficiency on defaulted public works project surety bond | | | | |
| **Creditor #: 92** **Insco Disco Developer's Surety** **17771 Cowan** **Ste 100** **Irvine, CA 92614** | X | - | | | X | X | | Unknown |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 93** **Interstate Mechanical Insulations** **1110 Heinz Drive.** **Ste D** **East Dundee, IL 60118** | | - | | | | | | 750.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 94** **J&R Construction** **25216 Buena Ave.** **Lake Villa, IL 60046** | | - | | | | | | 568.00 |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **8,928.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 95 John's Plumbing 3116 N. CICERO Chicago, IL 60641 | - | | | | | | 55,028.00 |
| Account No. | | | 11/2/12 | | | | |
| Creditor #: 96 Joseph Zosky 306 N. Quincey Ave Hinsdale, IL 60521 | - | | Personal loan to corporation from shareholder | | | | 360,043.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 97 JW Kramer Co. 108 Briarwood Carpentersville, IL 60110 | - | | | | | | 4,700.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 98 K&K IRON WORKS 5100 S. Lawndale La Grange, IL 60525 | - | | | | | | 16,250.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 99 K. Hoving Recycling 2351 Powis Rd. West Chicago, IL 60185 | - | | | | | | 127.00 |

Sheet no. __19__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **436,148.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 100**<br>**KDI Designs Inc.**<br>**427 N. Kirk Rd, Unit 101**<br>**Geneva, IL 60134** | - | | | | | | | 16,776.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 101**<br>**Kelly Electric**<br>**1439 Birch Lane**<br>**South Elgin, IL 60177** | - | | | | | | | 9,525.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 102**<br>**Koroseal Interior Products**<br>**3875 Embassy Parkway**<br>**Akron, OH 44333** | - | | | | | | | 4,049.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 103**<br>**Kremer Davis Inc.**<br>**132 Osborne Rd.**<br>**Minneapolis, MN 55432** | - | | | | | | | 16,915.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 104**<br>**Laforce**<br>**1060 W. Mason St.**<br>**Green Bay, WI 54303** | - | | | | | | | 17,989.00 |

Sheet no. __20__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,254.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Creditor #: 105**<br>**LaGrange Crane**<br>**6180 River Rd.**<br>**La Grange, IL 60525** | - | | | | | | |
| | | | | | | | 9,810.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 106**<br>**Lakewood Carpentry Services**<br>**1540 Hannah Ave.**<br>**Forest Park, IL 60130** | - | | | | | | |
| | | | | | | | 53,306.00 |
| Account No. | | | Trade Debt | | | | |
| **Creditor #: 107**<br>**Lamon Excavating, Inc.**<br>**46W280 Granart Rd.**<br>**Big Rock, IL 60511** | - | | | | | | |
| | | | | | | | 4,589.00 |
| Account No. | | | Any Potential Claims | | | | |
| **Creditor #: 108**<br>**Land Rover Hinsdale LLC**<br>**300 East Ogden Ave.**<br>**Hinsdale, IL 60521** | - | | | X | | | |
| | | | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 109**<br>**Leroy's Welding & Fabricating**<br>**363 Alice**<br>**Wheeling, IL 60090** | - | | | | | | |
| | | | | | | | 11,300.00 |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **79,005.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                                    ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 110**<br>**Lurvey Landscape Supply**<br>**2550 East Dempster**<br>**Des Plaines, IL 60016** | - | | | Trade debt | | | | 23,112.00 |
| Account No.<br>**Creditor #: 111**<br>**Lyon Workspace Products**<br>**420 North Main Street**<br>**Montgomery, IL 60538** | - | | | Trade debt | | | | 20,475.00 |
| Account No.<br>**Creditor #: 112**<br>**Lyons & Pinner Electric Companies**<br>**650 E. Elm Ave.**<br>**La Grange, IL 60525** | - | | | Trade debt | | | | 862.00 |
| Account No.<br>**Creditor #: 113**<br>**Menards**<br>**PO BOX 5219**<br>**Carol Stream, IL 60197** | - | | | Credit card purchases | | | | 34.83 |
| Account No.<br>**Creditor #: 114**<br>**Menconi Terrazzo**<br>**1050 Entry Dr.**<br>**Bensenville, IL 60106** | - | | | Trade debt | | | | 2,840.00 |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     47,323.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                                          ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Creditor #: 115**<br>**Metal Erectors**<br>**1401 Glenlake Ave.**<br>**Itasca, IL 60143** | - | | | | | | 7,500.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 116**<br>**Metallic Arts**<br>**914 North Lake St.**<br>**Spokane, WA 99212** | - | | | | | | 4,441.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 117**<br>**Metalmaster Roofmaster**<br>**4800 Metalmaster Way**<br>**McHenry, IL 60050** | - | | | | | | 12,233.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 118**<br>**Midwest Acoustics**<br>**1235 Maperville Dr.**<br>**Romeoville, IL 60446** | - | | | | | | 12,376.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 119**<br>**Midwest Architectural Glass Inc.**<br>**1007 Plainfield Rd**<br>**Joliet, IL 60435** | - | | | | | | 18,280.00 |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    54,830.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 120 Midwest Decorating 44W108 Highway 20 Hampshire, IL 60140 | - | | | | | | 2,875.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 121 Midwestern Electric Company 15550 S. kedzie Ave. Markham, IL 60428 | - | | | | | | 185,380.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 122 Mike Cachey Construction Company 11415 W. 183rd Place Ste A Orland Park, IL 60467 | - | | | | | | 106,842.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 123 Mobile Mini Inc. PO BOX 740773 Cincinnati, OH 45274-0773 | - | | | | | | 149.98 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 124 Modular Space Corporation 12603 Collections Center Drive Chicago, IL 60693 | - | | | | | | 470.00 |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          295,716.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 125 Monda Window & Door 4101 West 42nd Place Chicago, IL 60632 | - | | Trade debt | | | | 16,554.00 |
| Account No.  Creditor #: 126 Morton Salt Co. 1357 North Elston Ave. Chicago, IL 60622 | - | | Any Potential Claims | X | | | Unknown |
| Account No.  Creditor #: 127 Mr. David's Carpet Service 865 West Irving Park Rd. Itasca, IL 60143 | - | | Trade debt | | | | 26,342.00 |
| Account No.  Creditor #: 128 Naperville School District 203 203 West Hillside Rd. Naperville, IL 60540 | - | | Any Potential Claims | X | | | Unknown |
| Account No.  Creditor #: 129 Nelson Fire Protection 11028 Raleigh Ct. Machesney Park, IL 61115 | - | | Trade debt | | | | 6,799.00 |

Sheet no. __25__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,695.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 130**<br>**Nicor Gas**<br>**PO BOX 416**<br>**Aurora, IL 60568-0001** | - | | **Utilities** | | | | | **180.35** |
| Account No.<br>**Creditor #: 131**<br>**Nissan Motor Acceptance**<br>**PO BOX 9001133**<br>**Louisville, KY 40290** | - | | **Lease** | | | | | **537.00** |
| Account No.<br>**Creditor #: 132**<br>**NOAA**<br>**333 W. University Drive**<br>**Romeoville, IL 60446** | - | | **Any Potential Claims** | | X | | | **Unknown** |
| Account No.<br>**Creditor #: 133**<br>**Northwest General Contractors**<br>**799 E. Roosevelt Rd., Bldg-3-10**<br>**Glen Ellyn, IL 60137** | - | | **Trade debt** | | | | | **15,018.00** |
| Account No.<br>**Creditor #: 134**<br>**Nova Fire Protection**<br>**1530 Wiley Rd.**<br>**Schaumburg, IL 60173** | - | | **Trade debt** | | | | | **5,174.00** |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,909.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 135 Novum Structures W126 N8585 Westbrook Crossing Menomonee Falls, WI 53051 | - | | | | | | 2,030.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 136 Omega Electric Co 450 Bennett Rd Elk Grove Village, IL 60007 | - | | | | | | 9,500.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 137 Omega Flooring & Construction 2 Brecenridge Dr. Aurora, IL 60504 | - | | | | | | 20,000.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 138 Orange Crush LLC 321 Center Street Hillside, IL 60162 | - | | | | | | 19,487.00 |
| Account No. | | | Any Potential Claims | | | | |
| Creditor #: 139 Orland Toyota 8505 West 159th Street Tinley Park, IL 60487 | - | | | X | | | Unknown |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                51,017.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                        ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Creditor #: 140 Pepper Decorating 19509 Forestdale Ct. Mokena, IL 60448** | - | | | | | | 608.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 141 Pine Waterproofing & Sealant 10209 Pacific Ave. Franklin Park, IL 60131** | - | | | | | | 14,842.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 142 PLM Concrete 543 W. Fullerton Ave. Addison, IL 60101** | - | | | | | | 3,188.00 |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 143 Portable John, Inc. 1414 Canal St. Lockport, IL 60441** | - | | | | | | 240.41 |
| Account No. | | | Remainder of Lease on Kyocera fax/printer | | | | |
| **Creditor #: 144 Proven Business Systems 18450 Crossing Drive, Ste O Tinley Park, IL 60487** | - | | | X | | | Unknown |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          18,878.41

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.** _____,   Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 145<br>Pugsley & LaHale Ltd.<br>24414 No. Old McHenry Rd.<br>Lake Zurich, IL 60047 | - | | | | | | 6,905.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 146<br>Quick Electric Co.<br>8200 S. Newland Ave.<br>Burbank, IL 60459 | - | | | | | | 26,063.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 147<br>Quill<br>PO BOX 37600<br>Philadelphia, PA 19101-0600 | - | | | | | | 578.69 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 148<br>R&W Clark Construction<br>812 West Lincoln Highway<br>Frankfort, IL 60423 | - | | | | | | 31,950.00 |
| Account No. | | | Any Potential Claims | | | | |
| Creditor #: 149<br>Regency Manor<br>6631 N. Milwaukee<br>Niles, IL 60714 | - | | | X | | | Unknown |

Sheet no. __29__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,496.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.** _____,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Creditor #: 150 Reliant Heating & Air Conditioning 210 Ontario Street Frankfort, IL 60423 | | - | | | | | | 7,578.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 151 Robinette Demolition 0 S 560 Highway 83 Villa Park, IL 60181 | | - | | | | | | 880.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 152 Rock River Valley Flooring 750 N. Madison St. Rockford, IL 61107 | | - | | | | | | 4,719.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 153 Royal Concrete 333 W. Irving Parrk Rd Unit 20 Roselle, IL 60172 | | - | | | | | | 10,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 154 Ruane Construction 8918 Dchoger Drive Naperville, IL 60564 | | - | | | | | | 396,824.01 |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **420,001.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.** _____,    Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Creditor #: 155<br>Rush Mechanical<br>15806 Annico Dr.<br>Homer Glen, IL 60491 | | - | | | | | 2,900.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 156<br>Ryan Incorporated Central<br>PO BOX 206<br>Janesville, WI 53547 | | - | | | | | 26,319.00 |
| Account No. | | | Unsecured Note | | | | |
| Creditor #: 157<br>Sabastian Palumbo/SSP Capital, LLC<br>321 Center Street<br>Hillside, IL 60162-1814 | X | - | | | | | 150,000.00 |
| Account No. | | | Trade debt | | | | |
| Creditor #: 158<br>Schilling<br>9900 191st St.<br>Mokena, IL 60448 | | - | | | | | 3,722.00 |
| Account No. | | | Any Potential Claims | | | | |
| Creditor #: 159<br>Sears Holdings Corporation<br>3333 Beverly Rd.<br>Hoffman Estates, IL 60192 | | - | | | X | | Unknown |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                182,941.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 160 Signature Bank 6400 N. Northwest Highway Chicago, IL 60631** | X | - | Assigned note from 174 West Randolf Property | | | X | 960,000.00 |
| Account No. **Creditor #: 161 SKO Enterprises, Inc. 13248 Creekside Dr. Homer Glen, IL 60491** | | - | Trade debt | | | | 5,375.00 |
| Account No. **Creditor #: 162 Southwest Digital Printing 16135 New Avenue Lemont, IL 60439** | | - | Trade debt | | | | 519.75 |
| Account No. **Creditor #: 163 Southwest Digital Printing 16135 New Avenue** | | - | Balance of lease on Pilotwave 300 copier | | X | | Unknown |
| Account No. **Creditor #: 164 Specialty Mat Service 2730 Beverly Drive Aurora, IL 60504** | | - | Trade debt | | | | 113.70 |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

966,008.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 165 | | | Trade debt | | | | |
| Creditor #: 165 Stafford-Smith, Inc. Dept 771493 PO BOX 77000 Detroit, MI 48277-1493 | - | | | | | | 6,923.00 |
| Account No. 166 | | | Trade debt | | | | |
| Creditor #: 166 StressCore 24445 State Rd. 23 South Bend, IN 46614 | - | | | | | | 5,656.00 |
| Account No. 167 | | | Trade debt | | | | |
| Creditor #: 167 Structural Strategies 500 S. Lombard Rd. Addison, IL 60101 | - | | | | | | 3,700.00 |
| Account No. 168 | | | Any Potential Claims | | | | |
| Creditor #: 168 Suburban Bank & Trust 150 Butterfield Rd. Elmhurst, IL 60126 | - | | | X | | | Unknown |
| Account No. 169 | | | Trade debt | | | | |
| Creditor #: 169 Sun Ray Heating 21740 Main Street Matteson, IL 60443 | - | | | | | | 15,140.00 |

Sheet no. __33__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,419.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 170 Superior Coatings 5708 David Rd. Erie, IL 61250 | | - | | | | | | 15,130.00 |
| Account No. | | | | Any Potential Claims | | | | |
| Creditor #: 171 Tag Resturant Group 2834 West Catalpa Chicago, IL 60625 | | - | | | X | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 172 Tee Jay Service Co. 951 North Raddant Rd. Batavia, IL 60510 | | - | | | | | | 26,913.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 173 Thatcher Foundations, Inc. 7100 Industrial Highway Gary, IN 46406 | | - | | | | | | 48,889.00 |
| Account No. | | | | Insurance | | | | |
| Creditor #: 174 The Hartford Insurance Co. PO BOX 660916 Dallas, TX 75266-0916 | | - | | | | | | 2,702.00 |

Sheet no. __34__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,634.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                           ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 175 The Saban Co. 155E St. Charles Rd. Unit A Carol Stream, IL 60188 | - | | | | | | | 2,016.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 176 Thomas Alarm, Inc. PO BOX 699 Yorkville, IL 60560 | - | | | | | | | 280.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 177 ThyssenKrupp Elevator 355 Eisenhower Lane South Lombard, IL 60148 | - | | | | | | | 2,477.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 178 Total Automation Concepts 5602 W. 120th Street Alsip, IL 60803 | - | | | | | | | 10,160.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 179 Tree Towns Repro Service 542 Spring Rd. Elmhurst, IL 60126 | - | | | | | | | 106.48 |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,039.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br>**Creditor #: 180**<br>**Twin oaks Landscaping**<br>**997 Harvey rd.**<br>**Oswego, IL 60543** | - | | | **Trade debt** | | | | 101,569.00 |
| Account No.<br>**Creditor #: 181**<br>**United States Alliance**<br>**28427 N. Ballard Rd**<br>**Unit h**<br>**Lake Forest, IL 60045** | - | | | **Trade debt** | | | | 4,184.00 |
| Account No.<br>**Creditor #: 182**<br>**Valley Security**<br>**88 Riverwood Drive**<br>**Oswego, IL 60543** | - | | | **Trade debt** | | | | 32,066.00 |
| Account No.<br>**Creditor #: 183**<br>**Village of Bollingbrook**<br>**375 West Briarcliff Rd.**<br>**Bolingbrook, IL 60440** | - | | | **Any Potential Claims** | X | | | **Unknown** |
| Account No.<br>**Creditor #: 184**<br>**Village of Romeoville**<br>**1050 West Romeo Rd.**<br>**Romeoville, IL 60446** | - | | | **license renewal** | | | | **50.00** |

Sheet no. __36__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**137,869.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z Corp Services, Inc.**                                                 ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Any Potential Claims | | X | | |
| Creditor #: 185 Village of Tinley Park 16250 S. Oak Park Ave. Tinley Park, IL 60477 | | | | | | | | Unknown |
| Account No. | X | | - | Unsecured note | | | | |
| Creditor #: 186 Vincent Allegra @ Midwestern Steel 449 Evergreen Bensenville, IL 60106 | | | | | | | | 400,000.00 |
| Account No. | | | - | Trade debt | | | | |
| Creditor #: 187 WasteBox, Inc. 11 S 373 Jeans Rd. Lemont, IL 60439 | | | | | | | | 3,300.00 |
| Account No. | | | - | Trade debt | | | | |
| Creditor #: 188 Welsch Ready Mix 10175 Vans Drive Frankfort, IL 60423 | | | | | | | | 6,428.01 |
| Account No. | | | - | Trade debt | | | | |
| Creditor #: 189 Westmont Interior supply 1030 Vandustrial Drive Westmont, IL 60559 | | | | | | | | 13,137.00 |

Sheet no. __37__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    422,865.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z Corp Services, Inc.** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Creditor #: 190 Wigboldy Excavating 13631 S. Kostner Crestwood, IL 60445-1908 | - | | | | | | | 2,600.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 191 WM Horn Structural Steel 1101 Commerce Drive Geneva, IL 60134 | - | | | | | | | 32,368.00 |
| Account No. | | | | Services rendered | | | | |
| Creditor #: 192 Zee Medical PO BOX 781494 Indianapolis, IN 46278-8494 | - | | | | | | | 34.84 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __38__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 35,002.84 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 7,092,882.27 |

B6G (Official Form 6G) (12/07)

In re   **Z Corp Services, Inc.**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Nissan Motor Acceptance**<br>**PO Box 9001132**<br>**Louisville, KY 40290** | **Lease on a 2012 Nissan Maxima** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Z Corp Services, Inc.**                                                          ,  Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521**<br>   **Sole Shareholder and President**<br>**of Debtor** | |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Associated Bank**<br>**200 N. Adams Street**<br>**Green Bay, WI 54307-9005** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Signature Bank**<br>**6400 N. Northwest Hightway**<br>**Chicago, IL 60631** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Hardin County Savings Bank**<br>**1202 Edgingto Ave.**<br>**Eldora, IA 50627** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Ash Construction Partners**<br>**C/O A. Hochberg / Next Realty**<br>**400 Skokie Blvd, ste 800**<br>**Northbrook, IL 60062** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Gregory Friedman**<br>**450 E. South Street**<br>**Elmhurst, IL 60126** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Sabastian Palumbo/SSP Capital, LLC**<br>**321 Center Street**<br>**Hillside, IL 60162-1814** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Vincent Allegra @ Midwestern Steel**<br>**449 Evergreen**<br>**Bensenville, IL 60106** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Gray Surety**<br>**attn: Tina M. Kocke, claims manager**<br>**2750 Lake Villa Drive**<br>**Metairie, LA 70002** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Insco Disco Developer's Surety**<br>**17771 Cowan**<br>**Ste 100**<br>**Irvine, CA 92614** |

**1**

_____  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Z Corp Services, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Citibank**<br>**Attn: Aaron Tokh VP**<br>**2225 West 75th Street**<br>**Darien, IL 60561** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Citibank** |
| **Joseph Zosky**<br>**306 N. Quincy**<br>**Hinsdale, IL 60521** | **Citibank**<br>**Attn: Aaron Tokh VP**<br>**2225 West 75th Street**<br>**Darien, IL 60561** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Z Corp Services, Inc.**                                              Case No.
                                                Debtor(s)                    Chapter        **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**61**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February  6, 2013**                              Signature    **/s/ Joseph Zosky**
                                                                    **Joseph Zosky**
                                                                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Z Corp Services, Inc.**             Case No.

                             Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $10,735,557.00 | **2012: Debtor Business Income** |
| $12,587,445.00 | **2011: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

B 7 (12/12)                                                                                                                      2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **John S. Biallas, Attorney At Law** <br> **3N918 Sunrise lane** <br> **St. Charles, IL 60174** | **11/2012** | **10,306.00** |

### 10. Other transfers

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

B 7 (12/12)                                                                                                                4

| None | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
| ■ | |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |

---

### 11. Closed financial accounts

| None | List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ■ | |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |

---

### 12. Safe deposit boxes

| None | List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ■ | |

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |

---

### 13. Setoffs

| None | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ■ | |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

---

### 14. Property held for another person

| None | List all property owned by another person that the debtor holds or controls. |
| ■ | |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

---

### 15. Prior address of debtor

| None | If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. |
| ■ | |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

### 16. Spouses and Former Spouses

| None | If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. |
| ■ | |

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B 7 (12/12)                                                                                              6

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

**Rich Flynn, Focus Business Services**
**1333 Butterfield Rd. ste 490**
**Downers Grove, IL 60515**

None
■
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
☐
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED
**Citibank**

### 20. Inventories

None
■
    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■
    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                          PERCENTAGE OF INTEREST

B 7 (12/12)                                                                                                                   7

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Joseph Zosky** | **President** | **100% of Stock** |
| **306 N. Quincy Ave** | | |
| **Hinsdale, IL 60521** | | |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  6, 2013**                Signature    **/s/ Joseph Zosky**
                                                        **Joseph Zosky**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Z Corp Services, Inc.**                                                              Case No.

Debtor(s)                                             Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................... $          **10,000.00**

    Prior to the filing of this statement I have received ................................. $          **10,000.00**

    Balance Due .................................................................................................... $              **0.00**

2.  $  **306.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **February  6, 2013**                                          **/s/ John S. Biallas**
                                                                        **John S. Biallas 00203890**
                                                                        **John S. Biallas, Attorney At Law**
                                                                        **3N918 Sunrise lane**
                                                                        **St. Charles, IL 60174**
                                                                        **630-513-7878  Fax: 630-578-0426**
                                                                        **jsb70@comcast.net**

---

## FOR PROFESSIONAL SERVICES RENDERED IN
## A CHAPTER 7 BANKRUPTCY
### (Business)

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel for: *ZCORP Services Company* (hereinafter the "client") and to pay the following retainer / fee credit and costs for the filing of a Chapter 7 Bankruptcy Proceeding, with such sums due before representation in the case shall be commenced, or according to such terms and conditions agreed to by the parties in advance:

### Total Fee (not including costs): $ 5000.00
### Filing cost Deposit $ 306.00
### Amount Due prior to filing: $ 5306.00
*+ ADVERSARY Proceeding   5000.00   =   $10,306.00*

John S. Biallas agrees to represent the client in the Bankruptcy proceeding and to appear at all necessary hearings and proceedings required to accomplish this end. The owners or officers of the Client acknowledge(s) that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

All fees shall be subject to the ultimate approval of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

The fees and costs set out above are due in advance prior to any work being performed. Once work on the schedules to be filed in the case is completed and a draft set of schedules is produced, whether or not the case is filed, 100% of the fee shall be deemed earned by John S. Biallas. If a refund is requested prior to that event John S. Biallas shall be entitled to retain an amount equal to his actual time expended on the case, including meetings, travel time, phone calls and computer drafting at the rate of $450.00 per hour.

If an Adversary Proceeding or other supplemental case is filed in this Bankruptcy proceeding either by or against the Client, the Client agrees to pay an additional trial retainer of $1,500.00, payable prior to the filing of the initial pleading or the appearance required in that proceeding. All Legal services in these supplemental proceedings shall be billed at the rate of $450.00 per hour including travel time. Invoices for these charges shall be billed to the client for prompt payment on a monthly basis. If these monthly billings are not paid, it is understood that John S. Biallas will be free to withdraw from any proceeding, with the permission of the Court.

Dated: *November 2, 2012*

Agreed by Client: *ZCORP Services Company, Joseph Zosky, President*
Name

By _____*Joseph T. Zosky*_____

Accepted:

X _____*John S. Biallas*_____

JOHN S. BIALLAS
3 N 918 Sunrise Lane
St. Charles, Ill 60174
630-513-7878
jsb70@comcast.net

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Z Corp Services, Inc.**                                    Case No.

_____                    Chapter    **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **197**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **February  6, 2013**                    **/s/ Joseph Zosky**
                                                  **Joseph Zosky/President**
                                                  Signer/Title

3F Corporation
12560 S. Holiday Dr. Unit D
Alsip, IL 60803


A To Z Construction Layout
6929 W. 109th Ave.
Crown Point, IN 46307


A&A Sprinkler
205 Prairie Lake Rd.
Ste. D
Dundee, IL 60118


Aarko Plumbing & Mechanical
153 Covington Drive
Bloomingdale, IL 60108


Abbey Paving Co., Inc.
1949 County Line Rd.
Aurora, IL 60504


Accurate Custom Cabinets
115 West Fay Ave.
Addison, IL 60101


Action Fence Contractors, Inc.
945 Tower Rd.
Mundelein, IL 60060


Acuity Insurance
2800 South Taylor Drive
Sheboygan, WI 53081


Affordable Roofing
1500 Dearborn Rd.
Aurora, IL 60505


All Masonry Construction
1414 W. Willow Street
Chicago, IL 60642


Altra Steel
650 Central Ave.
University Park, IL 60484

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


American Heritage Fireplace
3054 N. Western Ave.
Chicago, IL 60618


American Prefabricated
6008 Petros Drive
West Bloomfield, MI 48324


Americlock, Inc.
560 Cool Dell Ct.
Ballwin, MO 63021


Amici Terrazzo
1522 Jarvis Ave.
Elk Grove Village, IL 60007


Anthony Roofing
2555 White Oak Cir.
Aurora, IL 60502


Arcadia Glass & Cladding
7831 N. Nagle Ave.
Morton Grove, IL 60053


ASC Fireproofing, Inc.
607 Church Rd.
Elgin, IL 60123


Ash Construction Partners
C/O A. Hochberg / Next Realty
400 Skokie Blvd, ste 800
Northbrook, IL 60062


Associated Bank
200 N. Adams Street
Green Bay, WI 54307-9005


Associated Bank
200 N. Adams Street
Green Bay, WI 54307-9005

Austin Electric, Inc.
131 Airport Rd. Unit A
Joliet, IL 60431


Axxess Heating & Air Conditioning
P.O. Box 34855
Chicago, IL 60634


Blast Fitness Centers
452 Lexington St.
Auburndale, MA 02466


Bluff Pointe Center
1404 Joliet Road Suite F
Romeoville, IL 60446


Bofo Waterproofing Systems
14900 S. Kilpatrick
Midlothian, IL 60445


Brookdale Decorating, Inc.
3623 Breitwieser Lane
Naperville, IL 60564


Builder's Concrete
321 Center Street
Hillside, IL 60162


Business Card
PO BOX 15796
Wilmington, DE 19886-5796


C E Korsgard
819 N. Central Ave.
Wood Dale, IL 60191


C. R. Schmidt
29W030 Main Street, Suite 201A
Warrenville, IL 60555


CAD Contract Glazing
400 Mercantile Ct.
Wheeling, IL 60090

Capital Service Electric, Inc.
125557 Larkspur Lane
Plainfield, IL 60585


Carney and Company, Inc.
636 Schneider Drive
South Elgin, IL 60177


Central Tile Services
11560 W 184th Place Ste A
Orland Park, IL 60467


Citibank
Attn: Aaron Tokh VP
2225 West 75th Street
Darien, IL 60561


Citibank


Citibank
Attn: Aaron Tokh VP
2225 West 75th Street
Darien, IL 60561


Citibusiness
100 Citibank Drive
Building 1 Fl
San Antonio, TX 78245-9966


CITIBusiness Card
Processing Center
Des Moines, IA 50363-0001


City of Plano
17 E. Main Street
Plano, IL 60545


CODECO Industries, Inc.
7099 Santa Fe Drive Unit E
La Grange, IL 60525


Cold Springs Granite Company
17482 Granite West Road
Cold Spring, MN 56320

ComEd
PO BOX 6111
Carol Stream, IL 60197

Commercial Specialties, Inc.
2255 Lois Dr., Unit 9
Rolling Meadows, IL 60008

Concorde Sign & Engraving, Inc.
30 E. St. Charles Rd.
Villa Park, IL 60181

Contract Resource, Inc.
2610 Lake Cook Rd.
Deerfield, IL 60015

Cottingham Butler
PO BOX 449
Dubuque, IA 52004-0449

Custom Design Cabinetry
964 Washington Ave.
South Beloit, IL 61080

Custom Fit Architectural Metals
222 N. Maplewood Ave. Unit 1A
Chicago, IL 60612

D & M Construction Services, Inc
9835 Clearvue Ct.
Mokena, IL 60448

D & P Mechanical, Inc.
6853 West 60th Place
Chicago, IL 60638

Denier Inc.
19148 S. 104th Ave.
Mokena, IL 60448

Department of the Navy
Great Lakes Naval Base
Great Lakes, IL 60088

DeSign Group
2135 S. Frontage Road
Des Plaines, IL 60018


Designing Concrete, Inc.
11022 Ayrshire Ct.
Woodstock, IL 60098


Direct Mechanical, Inc.
10753 Wolf Dr.
Huntley, IL 60142


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103


Domain Corporation
6238 N. Northwest Hwy.
Chicago, IL 60631


Drilled Foundations, Inc.
14540 S. 87th Ave.
Orland Park, IL 60462


DTM Masonry, Inc.
P.O. Box 987
Saint Charles, IL 60174


DuPage Airport Authority
2700 International Drive Ste 200
West Chicago, IL 60185


DuPage Overhead Garage Doors, Inc.
13712 S. Lemont Rd.
Homer Glen, IL 60491


DuPage Township
719 Parkwood
Romeoville, IL 60446


Edward Stauber Wholesale Hardware
2105 Northwestern Ave.
Waukegan, IL 60087

Efficient Plumbiing Co
821 S. Williams St
Westmont, IL 60559


Engineered Plastics, Inc.
300 International Dr, Ste 10
Buffalo, NY 14221


F.H. Leinweber Company
9812 South Cicero Ave.
Oak Lawn, IL 60453


Fairborn Equipment Company
PO BOX 123
Upper Sandusky, OH 43351


FE Moran
2265 Carlson Dr.
Northbrook, IL 60062


Fedex
PO POX 94515
Palatine, IL 60094


Felix Loeb
1347 Enterprise Dr.
Romeoville, IL 60446


Field Turf
9757 Pine Lake Drive #4019
Houston, TX 77055


Fire Control Inc.
255 Alderman Ave.
Wheeling, IL 60090


Flooring Resources, Inc.
600 Pratt Blvd
Elk Grove Village, IL 60007


Fox River Components
5N172 Fox Bluff Ct.
Saint Charles, IL 60175

```
FP Mailing Solutions
PO BOX 4510
Carol Stream, IL 60122


Gary Spielman Plumbing
1601 Atlantic Drive
West Chicago, IL 60185


GE CAPITAL
PO BOX 740441
Atlanta, GA 30374


Glass 4 U
3549 S. California
Chicago, IL 60632


Glen Luporini
8319 Woodridge Drive
Woodridge, IL 60517


Globelcom, Inc.
PO BOX 182263
Columbus, OH 43218-2263


Gray Surety
attn: Tina M. Kocke, claims manager
2750 Lake Villa Drive
Metairie, LA 70002


Gregory Friedman
450 E. South Street
Elmhurst, IL 60126


Groot McCook
PO BOX 92257
Elk Grove Village, IL 60009


Habitat Services
17112 South Parker
Homer Glen, IL 60491


Hanover Park Park District
1919 Walnut Ave.
Hanover Park, IL 60133
```

Hard Rock Concrete Cutters
601 Chaddick Dr.
Wheeling, IL 60090


Hardin County Savings Bank
1202 Edgingto Ave.
Eldora, IA 50627


Hardin Paving
4413 W. Rooseveldt Rd.
ste 10
Hillside, IL 60162


Heartland Green Industries
13148 West 159th St.
Homer Glen, IL 60491


Heritage Electric
3100 Woodcreek Drive.
Downers Grove, IL 60515


Illini Hardware
8550 Ridgefield Rd
UNIT A100
Crystal Lake, IL 60012


Indiana Geo-thermal
4355 Lafayette Blvd
Indianapolis, IN 46254


Insco Disco Developer's Surety
17771 Cowan
Ste 100
Irvine, CA 92614


Interstate Mechanical Insulations
1110 Heinz Drive.
Ste D
East Dundee, IL 60118


J&R Construction
25216 Buena Ave.
Lake Villa, IL 60046

John's Plumbing
3116 N. CICERO
Chicago, IL 60641


Joseph Zosky
306 N. Quincey Ave
Hinsdale, IL 60521


JW Kramer Co.
108 Briarwood
Carpentersville, IL 60110


K&K IRON WORKS
5100 S. Lawndale
La Grange, IL 60525


K. Hoving Recycling
2351 Powis Rd.
West Chicago, IL 60185


KDI Designs Inc.
427 N. Kirk Rd, Unit 101
Geneva, IL 60134


Kelly Electric
1439 Birch Lane
South Elgin, IL 60177


Koroseal Interior Products
3875 Embassy Parkway
Akron, OH 44333


Kremer Davis Inc.
132 Osborne Rd.
Minneapolis, MN 55432


Laforce
1060 W. Mason St.
Green Bay, WI 54303


LaGrange Crane
6180 River Rd.
La Grange, IL 60525

Lakewood Carpentry Services
1540 Hannah Ave.
Forest Park, IL 60130


Lamon Excavating, Inc.
46W280 Granart Rd.
Big Rock, IL 60511


Land Rover Hinsdale LLC
300 East Ogden Ave.
Hinsdale, IL 60521


Leroy's Welding & Fabricating
363 Alice
Wheeling, IL 60090


Lurvey Landscape Supply
2550 East Dempster
Des Plaines, IL 60016


Lyon Workspace Products
420 North Main Street
Montgomery, IL 60538


Lyons & Pinner Electric Companies
650 E. Elm Ave.
La Grange, IL 60525


Menards
PO BOX 5219
Carol Stream, IL 60197


Menconi Terrazzo
1050 Entry Dr.
Bensenville, IL 60106


Metal Erectors
1401 Glenlake Ave.
Itasca, IL 60143


Metallic Arts
914 North Lake St.
Spokane, WA 99212

Metalmaster Roofmaster
4800 Metalmaster Way
McHenry, IL 60050


Midwest Acoustics
1235 Maperville Dr.
Romeoville, IL 60446


Midwest Architectural Glass Inc.
1007 Plainfield Rd
Joliet, IL 60435


Midwest Decorating
44W108 Highway 20
Hampshire, IL 60140


Midwestern Electric Company
15550 S. kedzie Ave.
Markham, IL 60428


Mike Cachey Construction Company
11415 W. 183rd Place Ste A
Orland Park, IL 60467


Mobile Mini Inc.
PO BOX 740773
Cincinnati, OH 45274-0773


Modular Space Corporation
12603 Collections Center Drive
Chicago, IL 60693


Monda Window & Door
4101 West 42nd Place
Chicago, IL 60632


Morton Salt Co.
1357 North Elston Ave.
Chicago, IL 60622


Mr. David's Carpet Service
865 West Irving Park Rd.
Itasca, IL 60143

Naperville School District 203
203 West Hillside Rd.
Naperville, IL 60540


Nelson Fire Protection
11028 Raleigh Ct.
Machesney Park, IL 61115


Nicor Gas
PO BOX 416
Aurora, IL 60568-0001


Nissan Motor Acceptance
PO BOX 9001133
Louisville, KY 40290


Nissan Motor Acceptance
PO Box 9001132
Louisville, KY 40290


NOAA
333 W. University Drive
Romeoville, IL 60446


Northwest General Contractors
799 E. Roosevelt Rd., Bldg-3-10
Glen Ellyn, IL 60137


Nova Fire Protection
1530 Wiley Rd.
Schaumburg, IL 60173


Novum Structures
W126 N8585 Westbrook Crossing
Menomonee Falls, WI 53051


Omega Electric Co
450 Bennett Rd
Elk Grove Village, IL 60007


Omega Flooring & Construction
2 Brecenridge Dr.
Aurora, IL 60504

Orange Crush LLC
321 Center Street
Hillside, IL 60162


Orland Toyota
8505 West 159th Street
Tinley Park, IL 60487


Pepper Decorating
19509 Forestdale Ct.
Mokena, IL 60448


Pine Waterproofing & Sealant
10209 Pacific Ave.
Franklin Park, IL 60131


PLM Concrete
543 W. Fullerton Ave.
Addison, IL 60101


Portable John, Inc.
1414 Canal St.
Lockport, IL 60441


Proven Business Systems
18450 Crossing Drive, Ste O
Tinley Park, IL 60487


Pugsley & LaHale Ltd.
24414 No. Old McHenry Rd.
Lake Zurich, IL 60047


Quick Electric Co.
8200 S. Newland Ave.
Burbank, IL 60459


Quill
PO BOX 37600
Philadelphia, PA 19101-0600


R&W Clark Construction
812 West Lincoln Highway
Frankfort, IL 60423

Regency Manor
6631 N. Milwaukee
Niles, IL 60714


Reliant Heating & Air Conditioning
210 Ontario Street
Frankfort, IL 60423


Robinette Demolition
0 S 560 Highway 83
Villa Park, IL 60181


Rock River Valley Flooring
750 N. Madison St.
Rockford, IL 61107


Royal Concrete
333 W. Irving Parrk Rd
Unit 20
Roselle, IL 60172


Ruane Construction
8918 Dchoger Drive
Naperville, IL 60564


Rush Mechanical
15806 Annico Dr.
Homer Glen, IL 60491


Ryan Incorporated Central
PO BOX 206
Janesville, WI 53547


Sabastian Palumbo/SSP Capital, LLC
321 Center Street
Hillside, IL 60162-1814


Schilling
9900 191st St.
Mokena, IL 60448


Sears Holdings Corporation
3333 Beverly Rd.
Hoffman Estates, IL 60192

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

SKO Enterprises, Inc.
13248 Creekside Dr.
Homer Glen, IL 60491

Southwest Digital Printing
16135 New Avenue
Lemont, IL 60439

Southwest Digital Printing
16135 New Avenue

Specialty Mat Service
2730 Beverly Drive
Aurora, IL 60504

Stafford-Smith, Inc.
Dept 771493
PO BOX 77000
Detroit, MI 48277-1493

StressCore
24445 State Rd. 23
South Bend, IN 46614

Structural Strategies
500 S. Lombard Rd.
Addison, IL 60101

Suburban Bank & Trust
150 Butterfield Rd.
Elmhurst, IL 60126

Sun Ray Heating
21740 Main Street
Matteson, IL 60443

Superior Coatings
5708 David Rd.
Erie, IL 61250

Tag Resturant Group
2834 West Catalpa
Chicago, IL 60625


Tee Jay Service Co.
951 North Raddant Rd.
Batavia, IL 60510


Thatcher Foundations, Inc.
7100 Industrial Highway
Gary, IN 46406


The Hartford Insurance Co.
PO BOX 660916
Dallas, TX 75266-0916


The Saban Co.
155E St. Charles Rd.
Unit A
Carol Stream, IL 60188


Thomas Alarm, Inc.
PO BOX 699
Yorkville, IL 60560


ThyssenKrupp Elevator
355 Eisenhower Lane South
Lombard, IL 60148


Total Automation Concepts
5602 W. 120th Street
Alsip, IL 60803


Tree Towns Repro Service
542 Spring Rd.
Elmhurst, IL 60126


Twin oaks Landscaping
997 Harvey rd.
Oswego, IL 60543


United States Alliance
28427 N. Ballard Rd
Unit h
Lake Forest, IL 60045

Valley Security
88 Riverwood Drive
Oswego, IL 60543


Village of Bollingbrook
375 West Briarcliff Rd.
Bolingbrook, IL 60440


Village of Romeoville
1050 West Romeo Rd.
Romeoville, IL 60446


Village of Tinley Park
16250 S. Oak Park Ave.
Tinley Park, IL 60477


Vincent Allegra @ Midwestern Steel
449 Evergreen
Bensenville, IL 60106


WasteBox, Inc.
11 S 373 Jeans Rd.
Lemont, IL 60439


Welsch Ready Mix
10175 Vans Drive
Frankfort, IL 60423


Westmont Interior supply
1030 Vandustrial Drive
Westmont, IL 60559


Wigboldy Excavating
13631 S. Kostner
Crestwood, IL 60445-1908


WM Horn Structural Steel
1101 Commerce Drive
Geneva, IL 60134


Zee Medical
PO BOX 781494
Indianapolis, IN 46278-8494

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Z Corp Services, Inc.**                         Case No.

                                     Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Z Corp Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<br>

**February  6, 2013**
Date

**/s/ John S. Biallas**
**John S. Biallas 00203890**
Signature of Attorney or Litigant
Counsel for    **Z Corp Services, Inc.**
**John S. Biallas, Attorney At Law**
**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878 Fax:630-578-0426**
**jsb70@comcast.net**